# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-1496

ROWAN FAMILY DENTISTRY, INC.,
a Mississippi corporation

    Plaintiff,

  v.

MESA LABS, INC., a Colorado corporation

    Defendant

---

## STIPULATED DISMISSAL WITH PREJUDICE

---

Plaintiff Rowan Family Dentistry Inc. and Defendant Mesa Laboratories, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this action and the individual as well as class-based claims of Plaintiff.

| | |
|---|---|
| Date:  May 31, 2019 | Respectfully Submitted, |
| ROWAN FAMILY DENTISTRY INC. | MESA LABORATORIES, INC. |
| */s/  Meghan C. Quinlivan* | */s/  Seth H. Corthell* |
| Meghan C. Quinlivan<br>Burg Simpson<br>Eldredge Hersh & Jardine, P.C.<br>40 Inverness Drive East<br>Englewood, CO 80112<br>Phone:  (303) 792-5595<br>Email:  mquinlivan@burgsimpson.com | Martin W. Jaszczuk<br>Seth H. Corthell<br>JASZCZUK P.C.<br>311 South Wacker Drive<br>Suite 3200<br>Chicago, IL 60606<br>Phone: 312-442-0509<br>mjaszczuk@jaszczuk.com<br>scorthell@jaszczuk.com |
| Diandra S. Debrosse Zimmerman<br>Zarzaur Mujumdar & Debrosse<br>2332 2nd Avenue North<br>Birmingham, Alabama 35203<br>Phone:  205 983-7985<br>Email:  fuli@zarzaur.com | Thomas P. Johnson<br>Jennifer S. Allen<br>Davis, Graham & Stubbs LLP<br>1550 17th Street<br>Suite 500<br>Denver, CO 80202<br>Phone: (303) 892-9400<br>tom.johnson@dgslaw.com<br>jennifer.allen@dgslaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

  I, Meghan Quinlivan, an attorney, certify that I caused the foregoing to be served upon all persons and entities registered and authorized to receive such service through the court Case Management / Electronic Case Files (CM/ECF) system on May 31, 2019.

                    */s/ Meghan C. Quinlivan*